PFE/JBF: JULY 2023
GJ#22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## **SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **RODRIQUEZ JAMAL NEEDHAM,** | ) | |
| also known as | ) | |
| "Rodrigues Jamal Needham" | ) | |

## **INDICTMENT**

**COUNT ONE:** **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 24th day of May 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**RODRIQUEZ JAMAL NEEDHAM,**
**also known as**
**"Rodrigues Jamal Needham,"**

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, more commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO:**  [26 U.S.C. § 5861(d)]

The Grand Jury further charges that:

On or about the 24th day of May 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**RODRIQUEZ JAMAL NEEDHAM,**
**also known as**
**"Rodrigues Jamal Needham,**

knowingly received and possessed a firearm, a Glock .40 caliber pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney


                                        */s/ Electronic Signature*
                                        JOHN B. FELTON
                                        Assistant United States Attorney